UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PHU TRAN, on behalf of himself and those similarly situated,**

      **Plaintiff,**

**vs.**                                **CASE NO.:  6:14-cv-00572-GKS-DAB**

**NEW GENERATION FUSION RESTAURANT GROUP, LLC, d/b/a KOYWAN BUFFET, a Florida For Profit Limited Liability Company, TZU Y. CHEUNG, Individually, and BEN MING YU, Individually,**

      **Defendants.**                   **/**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, PHU THANH TRAN, by and through his undersigned attorneys, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), and hereby files its Notice of Voluntary Dismissal as to Defendants HBR Group, LLC and YAN Chun Zhu without prejudice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served by U.S. Mail, postage paid, to: HBR Group, LLC, and Yan Chun Zhu, Registered Agent (and in his individual capacity), 9128 Phillips Grove Ter, Orlando, FL  32836, this 7th day of May, 2014.

                                **/s/ CARLOS LEACH**
                                CARLOS V. LEACH, ESQUIRE
                                Florida Bar No. 0540021
                                Morgan & Morgan, P.A.
                                20 N. Orange Avenue, 4th Floor
                                Post Office Box 4979
                                Orlando, Florida  32802-4979
                                Telephone:  (407) 420-1414
                                Facsimile:  (407) 245-3341
                                Email: CLeach@forthepeople.com
                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: HBR Group, LLC, d/b/a KOYWAN BUFFET, c/o Yan Chun Zhu, Registered Agent, 9128 Phillips Grove Ter, Orlando, FL  32836, this 7th day of May, 2014.

**/s/ CARLOS V. LEACH**
Carlos V. Leach, Esquire