UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHU THANH TRAN,

    Plaintiff,

v.                                    Case No: 6:14-cv-572-Orl-40DAB

NEW GENERATION FUSION
RESTAURANT GROUP, LLC, MING YU
BEN and TZU Y. CHEUNG,

    Defendants.
_____/

## ORDER

This cause comes before the Court on the parties' Renewed Joint Motion to Approve Settlement and to Dismiss Case With Prejudice (Doc. 49), filed April 28, 2015.

On March 13, 2015, the parties jointly moved for the Court's approval of the Settlement Agreement they had reached. (Doc. 47). In its April 14, 2015 Order, the Court denied the parties' motion without prejudice and directed the parties to remove the confidentiality provision and to reformulate the release in the Settlement Agreement. (*See* Doc. 48, pp. 4–6). On April 28, 2015, the parties renewed their motion for the Court's approval of the Settlement Agreement. (Doc. 49). After a thorough review of the newly drafted Settlement Agreement (Doc. 49-1), the Court is satisfied that the directives of its previous Order have been fully satisfied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Renewed Joint Motion to Approve Settlement and to Dismiss Case With Prejudice (Doc. 49) is **GRANTED**.

2. The Court **FINDS** that the settlement of the FLSA claims is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores v. United States ex rel. U.S. Dep't of Labor*, 679 F.2d 1350, 1356 (11th Cir. 1982).

3. The case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on May 8, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record